UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MURALI,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SOUTHERN COMMAND, *et. al.*,<br><br>Defendant. | Civil Action No. 22-1044 (CJN) |

**ERRATA – UPDATED JOINT STATUS REPORT**

Pursuant to the Court's minute order dated October 25, 2022, Plaintiff, Michael Muralli ("Plaintiff") and Defendants, U.S. Department of Defense ("DOD") subcomponent U.S. Southern Command ("SOUTHCOM"), Central Intelligence Agency ("CIA"), U.S. Department of State ("State"), and U.S. Department of Justice ("DOJ") subcomponent Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, inform the Court as follows:

1. This Freedom of Information Act ("FOIA") matter relates to requests Plaintiff submitted to Defendants regarding records relating to Mr. Mustafa Faraj Muhammad, also known as, Abu Faraj al-Libi, ISN #10017.

2. This matter involves various agencies and each agency reports as follows:

a. Federal Bureau of Investigation ("FBI") - FBI has no records. FBI sent a "no record letter" to Plaintiff in its Admin FOIA Case 1511274-001 on January 28, 2022.

b. Central Intelligence Agency ("CIA") –CIA remains in the process of conducting its search for records responsive to Plaintiff's FOIA request. At this time, CIA has

completed searches on all relevant databases except one. Because of the ongoing search, CIA remains unable to provide the number of potentially responsive records at this time. Nevertheless, in an effort to produce records to Plaintiff as expeditiously as possible, in parallel with completing the search, CIA will begin processing responsive records. CIA will make its first production on or before February 7, 2022 with additional productions scheduled every 60 days thereafter. CIA proposes filing a Joint Status Report specifically addressing the size of expected production on or before February 7, 2022.

c. U.S. Department of State: Plaintiff's FOIA request seeks "copies of all of Mr. al-Libi's medical, behavioral health, mental health, vision, hearing, and dental records, including all laboratory and test results; complete sets of images from any radiological imaging, scans and x-rays; copies of all symptoms lists, assessments, diagnoses, progress notes, medication orders and medication/chemical administration records, medical supply or device orders; any and all records in the custody of the Senior Medical Officer related to Mr. al-Libi; and any and all requests made by Mr. al-Libi, or on his behalf, for any type of medical attention, services, or intervention." State is in the process of conducting searches for and reviewing unclassified records potentially responsive to Plaintiff's FOIA request. On November 8, 2022, the Department informed Plaintiff that it had reviewed over 8,000 potentially responsive records to date. The Department also informed Plaintiff that it had not found any responsive records to date. The Department is continuing to review potentially responsive records and intends to make a production of non-exempt, responsive material identified during the course of its review on December 20, 2022 and every six weeks thereafter.

e. SOUTHCOM: SOUTHCOM has completed its search for documents responsive to Plaintiff's request and has identified 2,398 pages. On March 8, 2021 SOUTHCOM produced 144 pages to Plaintiff. On 5 October 2022, SOUTHCOM sent the remaining 2,254 pages to the Office of Secretary of Defense, Office of General Counsel (OGC) as part of the FOIA/Litigation Coordination, Department Level Interest (FLC-DLI) process. As of 6 December 2022, OGC has not completed their FLC-DLI review. SOUTHCOM will produce all releasable portions of the 2,254 pages as soon as OGC completes their review and notifies SOUTHCOM.

3. In the interest of efficiency, the parties propose that they submit a proposed motion briefing schedule after the agencies complete their productions to Plaintiff and the parties have an opportunity to confer about the possibility of narrowing or eliminating any remaining disputes.

4. In light of the foregoing, the Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another status report by March 23, 2023, updating the Court on the status of Defendant's processing of Plaintiff's FOIA request.

Dated: December 13, 2022
Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Patricia McBride*
PATRICIA MCBRIDE
Assistant United States Attorney
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL MURALI,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SOUTHERN COMMAND, *et. al.*,<br><br>Defendant. | ) | Civil Action No. 22-1044 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of the Status Report, it is hereby ORDERED that the Parties, shall file a further status report on March 23, 2023.

SO ORDERED.

Date: _____________

_______________________________________
United States District Judge